# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALNYLAM PHARMACEUTICALS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:18-cv-10613-MLW |
| | : | |
| SILENCE THERAPEUTICS PLC, and | : | |
| SILENCE THERAPEUTICS GMBH, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree as follows:

1.    Plaintiff Alnylam Pharmaceuticals, Inc. dismisses its Second Amended Complaint including all asserted Counts in the above-captioned action *with* prejudice; and

2.    Each party will bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED       December 14, 2018.


_/s/ John J. Cotter_                  _/s/ Jared L. Hubbard_

John J. Cotter (BBO# 554524)       Jonathan W. Fitch (BBO #168510)
K&L GATES LLP                _jwf@fitchlp.com_
One Lincoln Street           Jared L. Hubbard (BBO# 569132)
Boston, MA 02111-2950        _jlh@fitchlp.com_
Phone: (617) 261-3178         FITCH LAW PARTNERS LLP
Fax: (617) 261-3175           One Beacon Street, 16th Floor
john.cotter@klgates.com       Boston, MA 02108
                                617-542-5542
OF COUNSEL:
Scott K. Reed (_pro hac vice_)      Michael A. Jacobs
Ha Kung Wong (_pro hac vice_)    (motion to appear _pro hac vice_ forthcoming)
Robert S. Schwartz (_pro hac vice_)    _mjacobs@mofo.com_
Melinda R. Roberts (_pro hac vice_)   MORRISON & FOERSTER LLP
Prajakta A. Sonalker (_pro hac vice_)  425 Market St.
Gregory J. Manas (_pro hac vice_)   San Francisco, CA 94105
Omobolaji A. Bedu (_pro hac vice_)  415-268-7000
VENABLE LLP
1290 Avenue of the Americas    David Manspeizer
New York, NY 10104         (motion to appear _pro hac vice_ forthcoming)
Phone: (212) 218-2100        _dmanspeizer@mofo.com_
Fax: (212) 218-2200           Eric W. Lin
sreed@venable.com           (motion to appear _pro hac vice_ forthcoming)
hwong@venable.com          _elin@mofo.com_
rschwartz@venable.com       MORRISON & FOERSTER LLP
mrroberts@venable.com       250 West 55th Street
psonalker@venable.com      New York, NY 10019
gjmanas@venable.com       212-468-8000
oabedu@venable.com

                             _Attorneys for Defendants Silence Therapeutics_
                             _plc and Silence Therapeutics GmbH_

_Attorneys for Plaintiff Alnylam_
_Pharmaceuticals, Inc._


SO ORDERED on _____, 2018


_____
U.S.D.J.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document file through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants (if any) on  December 14, 2018.

*/s/ John J. Cotter*
John J. Cotter
